UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

KAMAL RASS

VERSUS

AHA HUTS, LLC, ET AL.

CIVIL ACTION

18-835-SDD-RLB

## RULING

The Court has carefully considered the *Motions*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated June 5, 2019, to which an objection[3] was filed and also reviewed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, both the *Motion to Supplement and Amend Petition*[4] and the *Motion to Remand*[5] are hereby DENIED.

**IT IS FURTHER ORDERED** that Plaintiff is hereby granted seven (7) days to seek leave to file a Motion to Amend the Petition to correct clerical errors to which there was previously no opposition.

Baton Rouge, Louisiana the 27 day of June, 2019.

_____
SHELLY D. DICK, CHIEF DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Docs. 12 and 25.
[2] Rec. Doc. 44.
[3] Rec. Doc. 45.
[4] Rec. Doc. 12.
[5] Rec. Doc. 25.